■   Eleanor K. McAvoy, as Executrix, Appellant, v. Hal I. Y. Harron,
Respondent.— Motion to vacate 20 days' notice granted, without prejudice to
file a new notice after a proper record on appeal has been filed.   Motion to
dismiss appeal denied; order of March 31, 1966 amended to provide that records
and briefs must be filed and served on or before June 1, 1966.   (See
*E. P. Reynolds, Inc.* v. *Nager Elec. Co.,* 17 N Y 2d 51.)